IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Case No. 08-CR-107-C <br> ) |
| AARON ELLRINGER, | ) <br> ) |
| Defendant. | ) <br> ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the indictment against defendant Aaron Ellringer. Pursuant to a written plea agreement, defendant Ellringer pleaded guilty to a superseding information and sentenced on December 30, 2008.

Dated this 31st day of December 2008.

Respectfully submitted,

ERIK C. PETERSON
United States Attorney

By: _____
JOHN W. VAUDREUIL
Assistant U. S. Attorney
Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

_____
BARBARA B. CRABB
United States District Judge

Dated: 1/2/09